*WO*

## *UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo Gonzalez, )<br>)<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>United States of America, )<br>)<br>Respondent. )<br>_____) | JUDGMENT IN A CIVIL CASE<br><br>Case   CV-05-00547-TUC-FRZ<br>       CR-05-00315-TUC-FRZ |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #30 in CR-05-315-TUC-FRZ) is **DENIED** and this case (CV-05-547-TUC-FRZ) is **DISMISSED.**

| | |
|---|---|
|  September 26, 2005 | RICHARD H. WEARE |
| Date | CLERK |

                                  /S/ M.  Michelle Mejia
                                        Deputy Clerk

Copies to:
J/B, FRZ, Gonzalez, all counsel